UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VIOLA J. HENLEY** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-2687** |
| **HOUSING AUTHORITY OF NEW ORLEANS** | **SECTION I** |

## ORDER

Before the Court is a motion[1] filed by plaintiff, Viola J. Henley, for a new trial under Rule 59 of the Federal Rules of Civil Procedure. Defendant, Housing Authority of New Orleans, opposes the motion.[2] This Court has considered the arguments raised by the parties in their memoranda, the record, and the law. For the reasons previously stated in this Court's order dismissing plaintiff's claims,

**IT IS ORDERED** that the motion for a new trial is **DENIED**.[3]

New Orleans, Louisiana, June 24, 2013.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 20.
[2] R. Doc. No. 21.
[3] The Court notes that while the majority in *Lane* reversed the district court's decision for reasons other than the reliability of the hearsay, the dissent expressly agreed with the district court that the information in the sex offender registry was sufficiently reliable to support the hearing officer's decision. *See Lane v. Fort Walton Beach Hous. Auth.*, 2013 WL 2150922, *10-*13 & n.3 (11th Cir. May 20, 2013) (Hill, J., dissenting) ("I believe that the majority should have applied the *U.S. Pipe* test to assess the reliability of the sex offender registry and call log before conceding that this hearsay could form the exclusive basis for the Hearing Officer's decision. I believe that the evidence passes this test, but the majority does not inquire.").